UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN THOMPSON, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-02247-GMN-NJK |
| ) | |
| vs. ) | ORDER |
| ) | |
| HELLO! DESTINATION MANAGEMENT, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

    This matter is before the court on the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 16. The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend any deadlines in the scheduling order need only be filed 20 days before the discovery cut-off *See id.* at 3. Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days before the subject deadline. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of that deadline. Such a request filed only 21 days before the discovery cut-off would be untimely.

    In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no

---

[1] This includes: Bobby Hawkins, Matthew Sharp, Kym Cushing, and Robert Schaffer.

1 | later than January 31, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-
2 | 1.
3 |     IT IS SO ORDERED.
4 |     DATED: January 24, 2014.

                                                      _____
                                                      NANCY J. KOPPE
                                                      United States Magistrate Judge