1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLYN THOMPSON, ) | |
| Plaintiff(s), ) | Case No. 2:13-cv-02247-GMN-NJK |
| vs. ) | ORDER |
| ) | |
| HELLO! DESTINATION MANAGEMENT, et al., ) | |
| Defendant(s). ) | |

This matter is before the court on the parties' Proposed Discovery Plan and Scheduling Order, Docket No. 16.  The proposed discovery plan misstates Local Rule 26-4, in that it provides that requests to extend any deadlines in the scheduling order need only be filed 20 days before the discovery cut-off *See id.* at 3.  Local Rule 26-4 requires that any request to extend deadlines set forth in the scheduling order must be submitted at least 21 days <u>before the subject deadline</u>. For example, any request to extend the deadline for initial expert disclosures must be filed at least 21 days before the expiration of <u>that deadline</u>. Such a request filed only 21 days before the discovery cut-off would be untimely.

In an effort to ensure future compliance and complete understanding of the Local Rules, the Court hereby ORDERS each attorney of record in this matter[1] to file a certification with the Court no

---

[1]This includes: Bobby Hawkins, Matthew Sharp, Kym Cushing, and Robert Schaffer.

later than January 31, 2014, indicating that they have read and comprehend Local Rules 26-4 and 26-1.

      IT IS SO ORDERED.

      DATED:  January 24, 2014.

                    NANCY J. KOPPE
                    United States Magistrate Judge