# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN THOMPSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>HELLO! DESTINATION MANAGEMENT, et al.,<br><br>        Defendant(s). | Case No. 2:13-cv-02247-GMN-NJK<br><br>**ORDER DENYING MOTION TO DEEM FACTS ADMITTED**<br><br>(Docket No. 25) |

Pending before the Court is Defendant's motion to deem facts admitted. Docket No. 25. The Federal Rules of Civil Procedure provide for the automatic admission of facts from a failure to respond to requests for admission, making motions to deem facts admitted unnecessary. *See, e.g.*, *American Tech. Corp. v. Mah*, 174 F.R.D. 687, 690 (D. Nev. 1997). Accordingly, the pending motion to deem facts admitted is hereby DENIED.

IT IS SO ORDERED.

DATED: May 9, 2014

_____
Nancy J. Koppe
United States Magistrate Judge