UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN THOMPSON,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>HELLO! DESTINATION MANAGEMENT, et al.,<br><br>　　　　　Defendant(s). | Case No. 2:13-cv-02247-GMN-NJK<br><br>ORDER RE: MOTION TO WITHDRAW<br><br>(Docket No. 37) |

　　　Pending before the Court is Mr. Sharp's motion to withdraw as Plaintiff's local counsel. Docket No. 37.  Any response shall be filed no later than September 23, 2014.  The Court hereby **SETS** a hearing on the motion for October 8, 2014, at 2:00 p.m. in Courtroom 3D.  Plaintiff, Plaintiff's lead counsel, and Mr. Sharp shall attend the hearing.  Any new local counsel retained by Plaintiff shall also attend the hearing.  THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.  No later than September 18, 2014, Mr. Sharp shall serve Plaintiff with this order that she appear and shall file a proof of service.

　　　IT IS SO ORDERED.

　　　DATED:  September 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge