**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROLYN THOMPSON,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>HELLO! DESTINATION MANAGEMENT, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-02247-GMN-NJK<br><br>ORDER GRANTING MOTION TO SEAL<br><br>(Docket No. 38) |

　　　Pending before the Court is Plaintiff's counsel's motion to seal.  Docket No. 38.  For good cause shown, the motion to seal is **GRANTED**.

　　　IT IS SO ORDERED.

　　　DATED:　September 16, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
NANCY J. KOPPE
United States Magistrate Judge