UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN THOMPSON,<br><br>                Plaintiff(s),<br><br>vs.<br><br>HELLO! DESTINATION MANAGEMENT, et al.,<br><br>                Defendant(s). | Case No. 2:13-cv-02247-GMN-NJK<br><br>ORDER GRANTING<br>MOTION TO WITHDRAW<br><br>(Docket No. 37) |

Pending before the Court is a motion to withdraw as local counsel for Plaintiff filed by attorney Matthew Sharp.  Docket No. 37.  The Court ordered any response to be filed no later than September 23, 2014, Docket No. 40, but none has been filed.  The Court finds the motion properly resolved without oral argument, *see* Local Rule 78-2, and therefore **VACATES** the hearing set for October 8, 2014.  For good cause shown, the motion to withdraw is hereby **GRANTED**.

In light of this order, Plaintiff must retain new local counsel and have that new local counsel file a notice of appearance no later than October 6, 2014.  **The failure to comply with this order will result in the issuance of an order to show cause why case-dispositive sanctions should not be imposed**.  In the interim, the Court reminds Plaintiff's lead counsel (Bobby G. Hawkins) that he must comply with all deadlines.

IT IS SO ORDERED.

DATED:  September 25, 2014

                                                                                      _____<br>
                                                                                       NANCY J. KOPPE<br>
                                                                                       United States Magistrate Judge