# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CAROLYN THOMPSON,<br><br>             Plaintiff,<br>vs.<br><br>HELLO! DESTINATION MANAGEMENT d/b/a HELLO! LAS VEGAS, AGR LAS VEGAS INC., DOES I through III, inclusive,<br><br>             Defendants. | Case No.: 2:13-cv-02247-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the Motion to Voluntarily Dismiss (ECF No. 45) filed by Plaintiff Carolyn Thompson ("Plaintiff") on October 1, 2014. Defendant Hello! Destination Management d/b/a Hello! Las Vegas filed a Notice of Non-Opposition (ECF No. 46) on October 6, 2014. Pursuant to Local Rule 7-2(a), responses in opposition were due by October 18, 2014. Defendant AGR Las Vegas Inc. has failed to file a response. Pursuant to Local Rule 7-2(d) failure by an opposing party to file a response to a motion constitutes consent to the granting of the motion. Therefore, it appears that Plaintiff's Motion to Voluntarily Dismiss is unopposed by all named defendants. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Voluntarily Dismiss (ECF No. 45) is **GRANTED**. All other pending motions are **DENIED as moot**.

The Clerk of the Court shall enter judgment accordingly and close the case.

**DATED** this 21st day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge